IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CORTEZ LARNELL MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-01206-MAB |
| | ) |
| **ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.,** | ) ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated January 15, 2020 (Doc. 15), Defendants Koehn, White, and the Illinois Department of Corrections were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated August 3, 2020 (Doc. 54). Defendants John Doe #1 and John Doe #2 were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on September 24, 2020 (Doc. 57), Defendants John Baldwin, Jacqueline Lashbrook, Wexford Health Sources, Mohammed Siddiqui, Patrick Trokey, Mike Macuria, Billy Rose, C/O Burshur, and Frank Lawrence were **DISMISSED with**

**prejudice** from this action. Accordingly, this action was **DISMISSED with prejudice** in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

    DATED: September 24, 2020

                                        **MARGARET M. ROBERTIE,**
                                        **Clerk of Court**

                                        BY:  */s/ Jennifer Jones*
                                                **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**